# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA B. SHAPIRO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OFFICER HUTCHINSON, et al.,<br><br>　　　　　Defendants. | Case No. SACV 14-1384-JAK (JEM)<br><br>ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH COURT ORDER |

　　　　Joshua B. Shapiro ("Plaintiff") is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On December 5, 2014, the Court dismissed Plaintiff's complaint with leave to amend. On December 17, 2014, Plaintiff filed a First Amended Complaint ("FAC"). On April 8, 2015, the Court issued an Order Directing Service of Process by the United States Marshal ("Marshal"), directing the Marshal to effect service of process on two (2) defendants. (Docket No. 18.) On May 6, 2015, the Court issued an order directing Plaintiff to file on or before May 20, 2015, a Notice of Submission indicating inter alia that the completed USM-285 forms required for service of process had been submitted to the Marshal. (Docket No. 19.) On May 11, 2015, Plaintiff filed a Notice of Submission indicating that he sent the Marshal one (1) completed USM-285 form. (Docket No. 20.) However, the Court's Order Directing Service of Process by the United States Marshal directed service of process on two (2) defendants. (Docket No. 18.)

Accordingly, IT IS HEREBY ORDERED that Plaintiff SHOW CAUSE why this action should not be dismissed for failure to prosecute and failure to comply with the Court's May 6, 2015, Order, which required him to file the Notice of Submission no later than May 20, 2015, indicating <u>inter alia</u> that the completed USM-285 forms required for service of process on two (2) defendants had been submitted to the Marshal. Plaintiff shall respond to this Order to Show Cause **in writing** on or before **July 1, 2015**.

In responding, Plaintiff must: (1) file a Supplemental Notice of Submission, indicating that the second completed USM-285 form required for service of process has been submitted to the Marshal, and a copy of the USM-285 form that was submitted; or (2) explain why he has failed to do so.

The Clerk is DIRECTED to provide Plaintiff with one (1) USM-285 form and one (1) Supplemental Notice of Submission form.

Plaintiff is advised that failure to respond to this Order to Show Cause as directed may result in the Court recommending that the case be dismissed for failure to prosecute and/or failure to comply with a court order.

DATED: June 17, 2015               */s/ John E. McDermott*
                                   JOHN E. MCDERMOTT
                                   UNITED STATES MAGISTRATE JUDGE