# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA B. SHAPIRO,<br><br>         Plaintiff,<br><br>    v.<br><br>OFFICER HUTCHINSON (Serial No. 40636), et al.,<br><br>         Defendants. | Case No. SACV 14-1384-JAK (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed without prejudice.

DATED:  9/30/15

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE